**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.** |
| | ) | |
| **v.** | ) | |
| | ) | **VIOLATIONS:** |
| **ALLIEU BADARA KAMARA, JR.,** | ) | |
| | ) | **Count 1: 18 U.S.C. § 1349** |
| **Defendant.** | ) | **(Conspiracy to Commit Bank Fraud)** |
| | ) | |
| | ) | **Count 2: 18 U.S.C. § 201(b)(1)(C)** |
| | ) | **(Bribery)** |
| | ) | |
| | ) | **18 U.S.C. § 981(a)(1)(C), 18 U.S.C §§** |
| | ) | **982(a)(1) & (a)(2)(A), 28 U.S.C. § 2461(c),** |
| | ) | **and 21 U.S.C. § 853(p)** |
| | ) | **(Criminal Forfeiture)** |

## INFORMATION

The United States Attorney for the District of Columbia charges that:

### Background

At all times relevant to this Information, on or about the dates and times stated herein:

***The Co-Conspirators***

1. Defendant **ALLIEU BADARA KAMARA, JR.** was a resident of Maryland and operated several businesses in the District of Columbia that provide services to the District, including Life Deeds, Inc. ("Life Deeds"), District Services Management LLC ("DSM"), and Mission Ready, Inc. ("Mission Ready").

2. Co-Conspirator 1 was a resident of Maryland and employed as an accountant for several businesses under the control of **KAMARA** that operated in the District of Columbia. **KAMARA** and Co-Conspirator 1 were in a romantic relationship.

3. Co-Conspirator 2 was a resident of Maryland and the owner and operator of Business 1, a beauty services business, registered as a corporation in Maryland on October 10, 2018. Co-Conspirator 2 was also employed by Government for the District of Columbia and served, during the relevant time period, as a Contract Specialist with the D.C. Child and Family Services Agency ("CFSA"). As a Contract Specialist with CFSA, Co-Conspirator 2 was responsible for, among other things, drafting the Scope of Work ("SOW") and the Request for Applications ("RFAs") for grants, reviewing grant applications, and, following review of the applications, preparing proposals for the Contracting Officer and the Director of CFSA.

4. Co-Conspirator 3 was a resident of District of Columbia and the owner and operator of Business 2, a real estate business, that was registered as a corporation in Delaware on May 23, 2017, that operated in the District of Columbia.

5. Life Deeds was a community outreach organization registered as a corporation in the District of Columbia on July 1, 2009. Life Deeds provided, among other things, violence intervention services to the government of the District of Columbia.

6. DSM was a company registered as a corporation in the District of Columbia on October 28, 2015. DSM provided, among other things, violence intervention services to the government of the District of Columbia.

7. Mission Ready was a trucking and freight company registered as a corporation in the District of Columbia on January 3, 2018. Mission Ready provided services to the government of the District of Columbia.

8. CFSA is the public child welfare agency in the District of Columbia responsible for protecting child victims and those at risk of abuse and neglect and assisting their families. Among other things, CFSA provides contracts and grants to organizations to, among other things, promote resident and family well-being and improve community safety.

9. Capital Bank, N.A. ("Capital Bank") was a financial institution insured by the Federal Deposit Insurance Corporation.

**COUNT 1**
**(18 U.S.C. § 1349 – Conspiracy to Commit Bank Fraud)**

10. Paragraphs 1 through 7 and 9 are hereby realleged.

11. Between on or April 8, 2020, and on or about August 8, 2022, in the District of Columbia and elsewhere, the defendant,

**ALLIEU BADARA KAMARA, JR.**

and others, including Co-Conspirator 1, Co-Conspirator 2, Co-Conspirator 3, did knowingly conspire, combine, confederate, and agree to commit bank fraud, by executing and attempting to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises.

**Purpose of the Conspiracy**

12. It was the purpose of the conspiracy for **KAMARA**, Co-Conspirator 1, Co-Conspirator 2, Co-Conspirator 3, and other co-conspirators to enrich themselves, and each other, by obtaining PPP loans under false and fraudulent pretenses, and to spend the fraudulently obtained money, in part, for their own benefit and enjoyment.

**Manner and Means of the Scheme to Defraud**

13. It was part of the scheme to defraud that:

14. **KAMARA** contacted business owners within the District of Columbia, Maryland and Virginia, to inquire about their interest in applying for a PPP loan for which Co-Conspirator 1 would prepare the loan application – irrespective of the business's eligibility and without collecting from the business owners the supporting documents or information, such as accurate payroll data, necessary to support their applications.

15. **KAMARA** directed Co-Conspirator 1 to prepare fraudulent PPP loan applications for the business so identified, which Co-Conspirator 1 did for Business 1, Business 2, and seven other businesses that operated in and around the District of Columbia.

16. **KAMARA** also directed Co-Conspirator 1 to prepare fraudulent PPP loan applications for his own businesses including Life Deeds, DSM, and Mission Ready, which Co-Conspirator 1 did.

17. As **KAMARA** was aware, Co-Conspirator 1 intentionally prepared the PPP loan applications to seek amounts higher than the loan amounts for which the businesses might have qualified. To do so, Co-Conspirator 1 included materially false and misleading information in the applications.

18. Co-Conspirator 1 prepared fabricated federal tax forms and payroll records to support the fraudulent PPP loan applications.

19. **KAMARA** and Co-Conspirator 1 provided the fraudulent applications and supporting documents to businesses owners, who each submitted the fraudulent applications and supporting documents to a financial institution supporting the PPP loan program. As a result, the financial institutions approved and disbursed the requested PPP loans.

20. After fraudulently obtaining the PPP loans, the business owners provided a percentage of the loan proceeds to **KAMARA**, who in-turn split the money with Co-Conspirator 1.

21. **KAMARA** used the loan proceeds provided to him by the business owners for his own personal benefit.

22. Co-Conspirator 1, acting at **KAMARA'S** direction, also prepared PPP loan forgiveness applications for the businesses for which Co-Conspirator 1 had prepared the fraudulent PPP loan applications.

23. Co-Conspirator 1 provided the PPP loan forgiveness applications to the business owners who submitted them to the applicable financial institution to seek and obtain loan forgiveness.

(All in violation of Title 18, United States Code, Section 1349)

**COUNT 2**
**(18 U.S.C. § 201(b)(1)(C) – Bribery)**

24. Paragraphs 1, 3, and 5 through 8 are hereby realleged.

25. Beginning at least as early as January 2019, and continuing through at least December 2023, the defendant,

**ALLIEU BADARA KAMARA, JR.**

directly and indirectly, corruptly did give, offer, and promise anything of value to a public official with the intent to induce such public official to do and omit to do any act in violation of her lawful and official duty; that is, **KAMARA** paid Co-Conspirator 2 to induce Co-Conspirator 2 to violate her lawful and official duties by, among other things, providing **KAMARA** assistance with grant and contract applications, including by providing KAMARA with confidential information related to CFSA contracts and grants and applications of other businesses applying for such contracts and grants.

(In violation of Title 18, United States Code, Section 201(b)(1)(C))

**NOTICE OF FORFEITURE – COUNT ONE**

The allegations contained in Count One of this Information is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(2)(A).

Upon conviction of the offense listed in Count One of this Information, Defendant,

**ALLIEU BADARA KAMARA, JR.,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting or derived from proceeds the person obtained directly or indirectly as the result of such violation.

**NOTICE OF FORFEITURE – COUNT TWO**

The allegations contained in Count Two of this Information is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461.

Upon conviction of the offense listed in Count Two of this Information, Defendant,

**ALLIEU BADARA KAMARA, JR.,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property constituting or derived from proceeds the person obtained directly or indirectly as the result of such violation.

**MONEY JUDGMENT**

In the event of conviction, the United States may seek a money judgment.

**SUBSTITUTE ASSETS**

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Matthew M. Graves/jph

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052