**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Crim. No. 24-CR-368 (RC)** |
| **ALLIEU BADARA KAMARA, JR.,** | |
| **Defendant.** | |

**UNOPPOSED MOTION TO MODIFY THE CONDITIONS OF RELEASE**

Defendant Allieu B. Kamara, Jr., through counsel, submits this unopposed motion to modify his release conditions, specifically to suspend the weekly testing imposed by this Court's July 9, 2025 Order. The government does not oppose this motion. Mr. Kamara has been in compliance with his conditions of release.

Mr. Kamara is scheduled today, September 17, 2026, to report for his weekly testing. However, he is presently testifying in a trial before this Court and his testimony is expected to continue at least through the end of this week. Given the pending trial and other circumstances, we respectfully request that the Court modify his release conditions temporarily so that he is not required to report for weekly testing during the pendency of the trial.

//

//

//

//

//

Date: September 17, 2026

Respectfully submitted,

*/s/ Lloyd Liu*
Lloyd Liu
DC Bar No. 1007075
lliu@bllfirm.com
(202) 860-6543
Hilary LoCicero
DC Bar No. 979511
hhlocicero@bllfirm.com
**BLL LLP**
1730 Rhode Island Ave., NW
Suite 608
Washington, DC 20036

***Counsel for Defendant Allieu B. Kamara, Jr.***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September 2026, I caused to be served a copy of the foregoing via ECF to:

Rebecca G. Ross
John Crabb
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530

*/s/ Lloyd Liu*
Lloyd Liu